IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| STANDARD HOMEOPATHIC COMPANY, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPHARMACAL, INC., *et al.*,<br><br>Defendants. | Civil Action No.<br>CV-10-1437 SJO (VBKx)<br><br>CONSENT PERMANENT INJUNCTION AS TO JOE YASHARI, AMERIPHARMACAL INC., AMERISOURCE PHARMACAL INC, AND COLBY HEALTH & BEAUTY GROUP, INC. |

Plaintiffs Standard Homeopathic Company, Inc. and Hyland's Inc. (collectively "Plaintiffs"), having filed their complaint on February 25, 2010, and defendants AmeriPharmacal Inc., Amerisource Pharmacal Inc., Colby Health & Beauty Group, Inc. and Joe Yashari (the "Amerisource Defendants") having consented to this Permanent Injunction,

NOW, THEREFORE, upon the consent of the parties hereto,

IT IS ORDERED, ADJUDGED and DECREED that the Permanent Injunction be entered as follows:

1. This Court has jurisdiction of the subject matter of this action and over the Amerisource Defendants.

2. Plaintiffs' CLEARAC trademark described and defined in the Complaint ("CLEARAC Mark") filed in this action, which Complaint is

incorporated herein and made a part hereof, is good, valid and enforceable in law. Plaintiffs are the sole proprietor of all right, title and interest in and to the CLEARAC Mark.

    3.    The Amerisource Defendants and their successors, assigns, affiliates, agents, servants, employees and representatives, and all persons, firms and corporations in active concert or participation with the Amerisource Defendants who receive notice hereof, are hereby enjoined and restrained from:

    (a)    advertising, including advertising on the internet, marketing, producing, promoting, offering for sale or selling, distributing or manufacturing or causing to be manufactured the CLEARAC PLUS skin care products that have been advertised at least on www.ameripharmacal.com ("Infringing Products");

    (b)    using in any manner "CLEARAC PLUS," alone or in combination with other word(s) or design(s), or any other names, terms or marks so as to be likely to cause confusion, deception, or mistake on or in connection with the advertising, including advertising on the internet, marketing, producing, promoting, offering for sale or selling, distributing or manufacturing or causing to be manufactured of any product not Plaintiffs' products, or not authorized by Plaintiffs to be sold in connection with the CLEARAC Mark;

    (c)    passing off, inducing or enabling others to sell or pass off, as a product produced by Plaintiffs, the Infringing Products as defined above, or any other product that is not produced by Plaintiffs;

DOCUMENT PREPARED
ON RECYCLED PAPER

- 2 -

CONSENT PERMANENT INJUNCTION

(d) engaging in any conduct which tends falsely to represent, or is likely to confuse, mislead, or deceive purchasers, the Amerisource Defendants' customers or members of the public to believe that the Infringing Products and the Amerisource Defendants are connected with Plaintiffs or are sponsored, approved or licensed by Plaintiffs or are in some way connected or affiliated with Plaintiffs;

(e) otherwise unfairly competing with Plaintiffs in any manner;

(f) destroying any records documenting the manufacture, sale, offering for sale, distribution, promotion, advertising, or receipt of the Infringing Products; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (f) above.

4. The Amerisource Defendants shall remove CLEARAC PLUS from their websites and any other internet sites, advertisements, marketing or promotional materials and any other place.

5. The Amerisource Defendants shall promptly segregate, quarantine and turn over to Plaintiffs' counsel any and all Infringing Products that are in or come into the Amerisource Defendants' possession.

6. The Court shall continue to retain jurisdiction to construe, enforce, or implement the Permanent Injunction upon the application of either party.

Dated: May 3, 2010

_____S. James Otero_____
United States District Judge
S. James Otero

Approved:

By:

By: _____
Joe Yashari

By: _____
Tambry L. Bradford (SBN 223282)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
tbradford@fulbright.com

By: AmeriPharmacal Inc.

_____
Name: _____
Title: _____

Mark N. Mutterperl
Chehrazade Chemcham
Joshua C. Foster
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue, 31st Floor
New York, New York 10103-3198
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
*mmutterperl@fulbright.com*

By: Amerisource Pharmacal Inc.

_____
Name: _____
Title: _____

By: Colby Health & Beauty Group, Inc.

*Attorneys for Plaintiffs Standard Homeopathic Company Inc. and Hyland's, Inc.*

_____
Name: _____
Title: _____